UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Adelvani Martins de Souza, Ana Paula do Nascimento, N.H.M.d.N.; and N.M.d.N., )<br><br>Petitioners, )<br><br>v. )<br><br>Patricia Hyde, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; )<br><br>Respondents. ) | Case No. 25-cv-111616-IT<br><br>**PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORAL ARGUMENT REQUESTED** |

**Request for Emergency Hearing and Relief**

1. Petitioners' detention has been confirmed by the office of the AUSA. This includes the detention of the two minor petitioners, N.M.d.N, age 17 and N.H.M.d.N, age 15. All petitioners are currently being held at the ISAP office building in Framingham, Massachusetts.

2. On information and belief, the office building in Framingham is not an appropriate detention facility and is especially inappropriate for minor children. If this court does not intervene, the family (including the two minor children) will be spending the days to come in this inappropriate facility.

3. Petitioner Adelvani Martins de Souza has been on an Order of Supervision with ICE for several years and has always complied with the terms thereof.

4. Owing to both a stay by this court and a pending stay before the First Circuit Court of Appeals, petitioners are not presently removable.

5. Their detention in an inappropriate facility and for no apparent purpose violates their due process rights.

6. Petitioners request that this court restore the status quo and order the immediate release of this family, especially the two minor children, with their parents to care for them.

7. Counsel for Petitioners has sought to confer with the Office of the U.S. Attorney for the District of Massachusetts, but has yet to receive a response regarding their position on this filing.

8. Counsel for Respondents in the appeal pending before the First Circuit Court of Appeals has indicated to undersigned Counsel that Petitioners will remain detained until adjudication of the Emergency Motion for Stay, which was filed at the First Circuit Court of Appeals on June 3, 2025. Counsel for Petitioners is attempting to arrange a meeting with Petitioners, as she has not been able to communicate with any of the Petitioners, including the minor children, since yesterday afternoon before they were detained. Counsel for Respondents in the First Circuit appeal has been trying to assist in scheduling a meeting.

Dated: June 5, 2025

Respectfully Submitted
Adelvani Martins de Souza, Petitioner
By and through:

s/ Annelise M. Jatoba de Araujo
_____
Annelise M. Jatoba de Araujo
Araujo & Fisher, LLC
75 Federal St, Ste 910
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403
Counsel for Petitioner