UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Adelvani Martins de Souza, Ana Paula do Nascimento, N.H.M.d.N.; and N.M.d.N.,<br><br>    Petitioners,<br><br>v.<br><br><br>Patricia Hyde, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security;<br><br><br>    Respondents. | Case No. 25-cv-11616-IT<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

### Notice of Voluntary Dismissal

Petitioners hereby move for the voluntary dismissal of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Petitioners were released from ICE custody today on terms agreed to by the parties.

Dated: June 6, 2025

Respectfully Submitted
Adelvani Martins de Souza, Petitioner
By and through:

s/ Annelise M. Jatoba de Araujo
_____
Annelise M. Jatoba de Araujo
Araujo & Fisher, LLC
75 Federal St, Ste 910
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403
Counsel for Petitioner

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and there are no non-registered participants.

                                                      s/ Annelise M. Jatoba de Araujo

                                                      _____

Dated: June 6, 2025                                Annelise M. Jatoba de Araujo
                                                                  Counsel for Petitioners